950 F.2d 721
 Allegheny International, Inc., Sunbeam Corporation, Sunbeam
Holdings, Inc., Almet/Lawnlite, Inc., Chemetron Corp.,
Integrated Specialties, Inc., Allegheny Intl. (USA) Inc.,
Al-Industrial Products, Inc., Allegheny Intl. Exercise Co.,
Woodshaft, Inc., Chemetron Investments, Inc., Infoswitch,
Inc., Eliskim, Inc.
v.
Al Tech Specialty Steel Corp.
 NO. 91-3346
 United States Court of Appeals,
Third Circuit.
 NOV 29, 1991
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.